THE PEOPLE OF THE STATE·OF NEW YORK ex rel. TOWN OF
    NORTH SALEM, Respondent, *v.* THE CITY OF NEW YORK,
    Appellant.

*People ex rel. Town of North Salem* v. *City of New York,* 59 App. Div.
621, affirmed.
    (Argued June 6, 1901; decided June 21, 1901.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
March 28, 1901, affirming an order of Special Term directing
the issuance of a peremptory writ of mandamus commanding
the defendant to construct a certain highway in the town of
North Salem.

*John Whalen, Corporation Counsel (Theodore Connoly* and
*H. T. Dykman* of counsel), for appellant.

*Wilson Brown, Jr.,* for respondent.

Order affirmed, with costs; no opinion.
    Concur: PARKER, Ch. J., BARTLETT, HAIGHT, VANN, LAN-
DON, CULLEN and WERNER, JJ.